

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00150-CV

| | | |
|---|---|---|
| WENDY MINCER, Appellant | § | On Appeal from the 442nd District Court |
| | § | of Denton County (19-10500-442) |
| V. | § | May 19, 2022 |
| BRIAN MARK SUMMERS, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's final decree of divorce. It is ordered that the final decree of divorce is affirmed.

It is further ordered that Wendy Mincer shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel